[No. 16382-9-II.    Division Two.    March 2, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v.
DAVID LOW, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 237845R020, Donald H. Thompson, J., entered

August 6, 1992. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Morgan, C.J., and Alexander, J.